**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDREA NICOLE GRABOWSKI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, Acting | : | |
| Commissioner of Social Security and | : | |
| SOCIAL SECURITY ADMINISTRATION | : | NO. 17-1555 |

## ORDER

**NOW**, this 27th day of February, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the defendant's response (Document No. 13), the reply to the response (Document No. 15), the Report and Recommendation of Chief United States Magistrate Judge Linda K. Caracappa (Document No. 16), and no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The request for review is **DENIED**.

/s/TIMOTHY J. SAVAGE